UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Ziegler,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>United States Department of Agriculture, *et al.*,<br><br>　　　　　　Defendant(s). | 2:24-cv-01167-JAD-MDC<br><br>**ORDER GRANTING MOTION** |

Pending before the Court is plaintiff's *Motion to Extend Time for Service* (ECF No. 12). Plaintiff states that she needs additional time to effect service on defendants because summons hasn't been issued as to defendant Thomas Vilsack, United States Secretary of Agriculture, making service impossible[1]. ECF No. 12.  Plaintiff is a former employee of the United States Department of Agriculture. ECF No. 1 at 2. Defendants Chandler and Calvijo were plaintiff's supervisors. *Id.* Plaintiff requests that service be extended 45 days after the time when the proposed summons as to defendant Vilsack is issued. Here, plaintiff's request for extension is based on a lack of the issuance of summons. Pursuant to Rule 4(m) Court must extend time for service if the plaintiff shows good cause for the failure the serve a defendant within 90-days. Fed. R. Civ. P. 4(m). The Court finds that good cause exists to extend the service deadline. Therefore, plaintiff must complete service by **November 18, 2024**[2].

ACCORDINGLY,

**IT IS ORDERED that** the *Motion to Extend Time for Service* (ECF No. 12) is GRANTED.

DATED this 3rd day of October 2024.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court notes that as of October 2, 2024, summons has been issued as to all defendants, including defendant Vilsack.
[2] Summons for defendant Vilsack was issued on October 2, 2024 which makes the deadline October 16, 2024, which is a Saturday.