# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sarah Ziegler,

              Plaintiff(s),

vs.

United States Department of Agriculture et al.,

              Defendant(s).

2:24-cv-01167-JAD-MDC

**ORDER GRANTING MOTION**

Pending before the Court is plaintiff's *Second Motion for Extension of Time for Service* (ECF No. 15). Pursuant to Rule 4(m), service must be completed within 90 days of filing the Complaint. The Court previously granted an extension because summons for defendant Vilsack hadn't been issued. *See* ECF No. 14. The Court granted plaintiff until November 18, 2024, to complete service. On November 21, 2024, plaintiff filed a second motion for extension of time to complete service. *See* ECF No. 15. Plaintiff asserts that the process server represented that service for the individual defendants would be completed by November 18, 2024. However, plaintiff was unable to get confirmation that service had been completed. Consequently, out of an abundance of caution, plaintiff moved for an extension of time to complete service on unserved defendants. For good cause shown, the Court grants the extension pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Second Motion for Extension of Time* (ECF No. 15) is GRANTED.
2. Proof of service upon defendants is due by **December 13, 2024**.

DATED this 10th day of December 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge